McQUEEN, receiver, v. DAVIS.

GILBERT, J. Under the pleadings and the evidence in this case, the issues were properly submitted to the jury, and the evidence was sufficient to authorize the verdict.

*Judgment affirmed.* *All the Justices concur, except Fish, C. J., and Beck, P. J., absent.*

No. 276. OCTOBER 20, 1917.

Complaint for land. Before Judge Summerall. Charlton superior court. March 24, 1917.

*Wilson & Bennett,* for plaintiff.

*Parks & Reed,* for defendant.

---

ROBERTSON *v.* BYRNE *et al.*

GILBERT, J. 1. The court did not err in directing the verdict on the traverse of the return of service, there being no issue of fact.

2. The court did not err in ruling that the service was sufficient.

3. Agency can not be proved by testimony of the sayings of the alleged agent, though made dum fervet opus. *Massillon Engine Co.* v. *Akerman,* 110 *Ga.* 570 (35 S. E. 635).

4. The evidence supported the verdict, and the court did not err in directing a verdict for the plaintiff on the merits of the case.

*Judgment affirmed.* *All the Justices concur, except Fish, C. J., and Beck, P. J., absent.*

No. 307. OCTOBER 20, 1917.

Equitable petition. Before Judge Tarver. Catoosa superior court. March 10, 1917.

*William E. Mann,* for plaintiff in error. *Maddox, McCamy & Shumate, M. L. Harris, J. H. Anderson,* and *W. H. Payne,* contra.